**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TENIAH TERCERO, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C&S LOGISTICS OF SACRAMENTO/TRACY LLC, a Delaware limited liability Company; C&S WHOLESALE GROCERS, LLC, a Delaware limited liability Company; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:24-cv-02228-DJC-AC<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DEFENDANTS' RESPONSIVE PLEADING DEADLINE PENDING POTENTIAL MOTION TO REMAND** |

**ORDER**

Having reviewed and considered the Parties' Stipulation to Continue Defendants' Responsive Pleading Deadline Pending Potential Motion to Remand (the "Stipulation"), and good cause appearing for the relief requested therein, the Stipulation shall be and hereby is GRANTED as follows, using the same defined terms as defined and used in the Stipulation:

1. Plaintiff intends to file a remand motion on or before September 16, 2024, though the Parties acknowledge that failure to file a remand motion by that date will not be deemed a waiver of Plaintiff's challenges to subject matter jurisdiction;

2. Upon Plaintiff's filing of a remand motion, Defendants' deadline to serve and file any answer, motions, or other pleadings responsive to Plaintiff's Complaint is extended to 28 days after entry of the Court's Order denying the remand motion;

3. If, however, no remand motion is filed on or before September 16, 2024, then Defendants' deadline to serve and file any answer, motions, or other pleadings responsive to Plaintiff's Complaint is extended to September 30, 2024; and

4. By entering into this Stipulation, the Parties do not waive and expressly reserve all claims, defenses, and challenges in this action, including, without limitation, as to Plaintiff's Complaint and/or the claims asserted therein, and without waiver of Plaintiff's right to file a remand motion.

**IT IS SO ORDERED.**

Dated: September 3, 2024          /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE